Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:  gfox@bfesf.com
    jtran@bfesf.com

Attorneys for Defendants
CITY OF ALAMEDA, JOHN KAANEHE,
HARRIS SMILER, ANTHONY BUCK,
JAMES FISHER, and KEVIN HORIKOSHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALI WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, JOHN KAANEHE, HARRIS SMILER, ANTHONY BUCK, JAMES FISHER, KEVIN HORIKOSHI, and DOES 1-50 inclusive,<br><br>    Defendants. | Case No. 4:21-cv-06080-KAW<br><br>**STIPULATION AND ORDER DISMISSING FOURTH TO SIXTH CAUSES OF ACTION AND TIME FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT AND REFERRING CASE TO MAGISTRATE JUDGE SALLIE KIM FOR SETTLEMENT CONFERENCE**<br><br>**Hon. Kandis A. Westmore** |

1. The parties, acting by and through their attorneys of record, stipulate for an Order dismissing the Fourth Cause of Action (First Amendment), with prejudice; Fifth Cause of Action (Denial of Medical Care), with prejudice; Sixth Cause of Action (Malicious Prosecution), with prejudice; and the Sixth Cause of Action (Monell) without prejudice.

2. The parties also stipulate for an Order providing that the City Defendants will file their answer to the remaining causes of action within two weeks of the Court signing this stipulation and Order thereon.

3. The parties further stipulate for an Order assigning this case to Magistrate Judge Sallie

1

STIPULATION AND ORDER DISMISSING CAUSES OF ACTION AND TIME TO FILE ANSWER & FOR SC REFERRAL
*Watkings v. City of Alameda, et al.,* U.S.D.C. Northern District of California Case No. 4:21-cv-06080-KAW

Kim for a mandatory settlement conference and request that the assignment order allow the parties to meet with Judge Kim to schedule the settlement conference and said scheduling meeting may occur before the case management conference (the CMC is now set for November 9, 2021)

    4.    The parties will complete their Rule 26 disclosures within two weeks after the November 9, 2021 cmc.

    5.    The parties also stipulate and agree to defer formal written discovery and depositions until after completion of the mandatory settlement conference

    IT IS SO STIPULATED.

DATED:  August 27, 2021          LAW OFFICES OF JOHN L. BURRIS

                                              By:    /s/ K. Chike Odiwe
                                                 *Mr. Odiwe consented to filing this document electronically
                                                 John L. Burris
                                                 K. Chike Odiwe
                                                 Attorneys for the Plaintiff
                                                 MALI WATKINS

DATED:  August 27, 2021          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                              By:    /s/ Gregory M. Fox
                                                 Gregory M. Fox
                                                 Joanne Tran
                                                 Attorneys for Defendants
                                                 CITY OF ALAMEDA, JOHN KAANEHE, HARRIS SMILER, ANTHONY BUCK, JAMES FISHER, and KEVIN HORIKOSHI

**ATTORNEY ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: August 27, 2021                                /s/ Gregory M. Fox
                                                                 Gregory M. Fox

2

STIPULATION AND ORDER DISMISSING CAUSES OF ACTION AND TIME TO FILE ANSWER & FOR SC REFERRAL
*Watkins v. City of Alameda, et al.,* U.S.D.C. Northern District of California Case No. 4:21-cv-06080-KAW

**ORDER**

Good cause appearing the stipulation IS SO ORDERED.

DATED: September 13, 2021

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE